UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MAKE JS-6**

CIVIL MINUTES -- GENERAL

Case No.   CV-11-7805-R                                              Date: FEBRUARY 24, 2012

Title:   ROBIN WYATT DUNN -v- NATALIE HERSCHLAG PORTMAN et al
==========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**On January 23, 2012, this Court entered its Order Granting Defendants' Motion to Dismiss, with 10 days leave from that date for the plaintiff to file an amended complaint, if he so desired.**

**The plaintiff has not filed an amended complaint, and the date afforded to him to do so has long since passed.**

**IT IS NOW ORDERED that this action is dismissed with prejudice.**

cc: counsel of record

MINUTES FORM 11                                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN